A.D.C. CONTRACTING AND SUPPLY CORPORATION *v.*
THOMAS J. RIORDAN, INC., ET AL.

The plaintiff's motion to dismiss the appeal from
the Superior Court in Fairfield County is granted
by the court unless the defendants on or before July
25, 1978, file their brief.

*Prescott W. May,* for the appellee (plaintiff).

*Melvin L. Bloomanthal,* for the appellants
(defendants).

Argued June 6—decided June 6, 1978

EDWARD JANCURA II ET AL. *v.* STANLEY A. SZWED, JR.,
ET AL.

The named plaintiff's motion to dismiss the
appeal from the Superior Court in Hartford County
is denied by the court.

*Edward Jancura II,* pro se, the appellee (named
plaintiff).

*Snow G. Munford,* for the appellant (defendant).